■ In the Matter of ALEXANDER J.S., an Infant. STEUBEN COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DAVID J.S., JR., Appellant, et al., Respondent. [978 NYS2d 707]—Appeal from an order of the Family Court, Steuben County (Marianne Furfure, A.J.), entered December 13, 2011 in a proceeding pursuant to Family Court Act article 10. The order denied the motion of respondent David J.S., Jr. to dismiss the neglect petition against him.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.

■ SYRACUSE UNIVERSITY, Respondent, v NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Appellant. [976 NYS2d 921]—Appeal from a judgment (denominated decision and order) of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered March 7, 2013. The judgment, among other things, denied the motion of defendant for summary judgment dismissing the complaint and granted the cross motion of plaintiff for partial summary judgment on the second cause of action seeking declaratory relief.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Fahey, Lindley, Sconiers and Whalen, JJ. **[Prior Case History: 40 Misc 3d 1205(A), 2013 NY Slip Op 51041(U).]**